## COMMISSIONER'S COURT CHILTON COUNTY V. STATE, EX REL. M. & O. R. R. CO.

### Mandamus.

(Decided June 7, 1906.   41 So. Rep. 465.)

APPEAL from Chilton Circuit Court.

Heard before Hon. A. H. ALSTON.

SMITH & MIDDLETON, for appellant.

PETTUS, JEFFRIES & PETTUS, for appellee.

Reversed and remanded.

Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.

---

## MITCHELL V. THE STATE.

### Crime.

(Decided June 14, 1906.   41 So. Rep. 518.)

APPEAL from Butler Circuit Court.

Heard before Hon. J. C. RICHARDSON.

G. A. CRENSHAW, and POWELL & HAMILTON, for appellant.

MASSEY WILSON, Attorney General, for State.

Affirmed.

Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.